```
THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

YONKERS RACING CORPORATION, a New York
corporation,                                    DISCLOSURE OF
                                                INTERESTED PARTIES
                    Plaintiff,
                                                Civil Action No.
        -against-                               08 civ 2346

ARCH INSURANCE INFORMATION COMPANY, a
Missouri coporation,

                    Defendant.
------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

                              NONE

Dated: New York, New York
       April 2, 2008

```
                    SMITH MAZURE DIRECTOR WILKINS
                    YOUNG & YAGERMAN, P.C.

        By:         _____
                    JOEL M. SIMON (JMS 1077)
                    For the Firm
                    Attorneys for Defendant
                    ARCH Insurance Company, a Missouri
                    Corporation
                    111 John Street, 20th Floor
                    New York, New York 10038-3198
                    (212) 964-7400
                    Our File No. ARCH-00366/JMS
```

TO:

BLEAKEY, PLATT, SCHMITT, ESQS.
Attorney for Plaintiff
Yonkers Racing Corporation, a New York Corporation
1 North Lexington Avenue
White Plains, NY 10601-1700
(914) 287-6147
File: Please Advise